UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ERIC LOMONT MCPHERSON,　　　　)
　　　　　　　　　　　　　　　　)
　　　Movant,　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　) Case No. CV416-155
　　　　　　　　　　　　　　　　)　　　　　CR412-074
UNITED STATES OF AMERICA,　　　 )
　　　　　　　　　　　　　　　　)
　　　Respondent.　　　　　　　　)

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 13 day of July, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA